IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

STEVEN O'NEIL KIDWILL

NO.

# 3 - 15 CR - 0 3 9 3 D

## INFORMATION

The United States Attorney charges:

### Count One
### Transferring an Unregistered Firearm
### (Violation of 26 U.S.C. §§ 5845(a)(6), 5861(e), and 5871)

On or about March 10, 2014, in the Dallas Division of the Northern District of

Texas, the defendant, **Steven O'Neil Kidwill**, did knowingly transfer a machinegun, as

defined by 26 U.S.C. § 5845(b), to wit: a short-barreled Diamond Back, Model DB-15,

.223 caliber machinegun, bearing serial number (partially obliterated) DB**00747, which

was not registered in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5845(a)(6), 5861(e), and 5871.

Information - Page 1

JOHN R. PARKER
UNITED STATES ATTORNEY


LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Lisa.Miller@usdoj.gov

Information - Page 2